IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

PAMELA CAMPBELL and
STACIE GRAY

    Plaintiffs,

v.                                                                  Case No. 2:23-cv-02691-MSN-cgc
                                                                                                  JURY DEMAND

WATERS OF MEMPHIS, A
REHABILITATION & NURSING
CENTER, LLC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint (ECF No. 1), filed October 31, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation/Notice of Dismissal (ECF No. 23), entered February 20, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 20, 2025
Date